## Whitehall Borough Incorporation Case.

Argued October 3, 1947. Before. MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Irwin I. Tryon* and *Jason Richardson,* for appellants.

*Robert A. Rundle, Louis Rosenberg* and *Wright & Rundle,* for appellees.

PER CURIAM, November 24, 1947:

The order of the Superior Court affirming the order of the Court of Quarter Sessions of Allegheny County is affirmed on the opinion of President Judge RHODES.